IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE PROVENZANO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORWARD FOODS, LLC<br><br>　　　　　　　　　Defendant. | Civil Action No.: 7:22-cv-04148-CS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Salvatore Provenzano hereby dismisses *without prejudice* all claims against Defendant Forward Foods, LLC.  Each Party shall bear its own attorneys' fees and costs.

Dated: 10/31/2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　By:　 */s/ Frederick J. Klorczyk III*
　　　　　　　　　　　　　　　　　　　　　Frederick J. Klorczyk III

　　　　　　　　　　　　　　　　　　Frederick J. Klorczyk III
　　　　　　　　　　　　　　　　　　888 Seventh Avenue
　　　　　　　　　　　　　　　　　　New York, NY  10019
　　　　　　　　　　　　　　　　　　Telephone: (646) 837-7150
　　　　　　　　　　　　　　　　　　Facsimile:  (212) 989-9163
　　　　　　　　　　　　　　　　　　Email: fklorczyk@bursor.com

　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**
　　　　　　　　　　　　　　　　　　Brittany S. Scott*
　　　　　　　　　　　　　　　　　　1990 North California Blvd., Suite 940
　　　　　　　　　　　　　　　　　　Walnut Creek, CA 94596
　　　　　　　　　　　　　　　　　　Telephone:  (925) 300-4455
　　　　　　　　　　　　　　　　　　Facsimile:  (925) 407-2700
　　　　　　　　　　　　　　　　　　Email:  bscott@bursor.com

　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON PHILLIPS & GROSSMAN PLLC**
　　　　　　　　　　　　　　　　　　Nick Suciu III**
　　　　　　　　　　　　　　　　　　6905 Telegraph Rd., Ste 115
　　　　　　　　　　　　　　　　　　Bloomfield Hills, MI 48301

Tel: (313) 303-3472
Email: nsuciu@milberg.com

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
Zoe Aaron*
405 E. 50th Street
New York, NY 10023
Tel.: (212) 594-5300
Fax: (865) 522-0049
Email: zaaron@milberg.com

*Pro Hac Vice Forthcoming*
**Pro Hac Vice*

*Attorneys for Plaintiff*